

**Dated: September 17, 2009 14:44:28**

**The following is ORDERED:**

T.M. Weaver
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In Re: DAVID R. FLAHERY            )
    ALICIA M. HOLMES            )
                                    )    Case No.  09-12777
                                    )    Chapter 7
    Debtors            )

ORDER PERMITTING REDEMPTION OF DEBTOR'S AUTOMOBILE

On this date there came on for consideration Debtors' Motion to Redeem Debtor's Automobile. Upon representation of Debtor's counsel, the Court finds:

    1.  That the automobile of the Debtors, 2005 DODGE CARAVAN SXT, is used by the debtors primarily for personal and family purposes and that the debtors are entitled to redeem said vehicle for $ 7000.00,

    2.  A copy of the Motion to Avoid Lien was mailed to the above-named creditor on August 26, 2009.

    3.  No objection has been filed or served within the fifteen (15) days prescribed under Rule 9013(e) of the local Rules of this Court and the additional three (3) days mailing allowed under Rule 9006(f) of the Bankruptcy Rules, such period having expired on September 14, 2009.

4. Movant's request may be granted pursuant to Local Bankruptcy Rule 9013(f).

Now, therefore, it is **ORDERED, ADJUDGED, AND DECREED** that debtors shall forward payment of $7000.00 in cashier check, money order or Certified funds payable to CITI FINANCIAL AUTO, within 30 days of entry of this order, or within 30 days of the entry of discharge, whichever occurs later, and that upon payment, CITI FINANCIAL AUTO, shall release its security interest and/or lien in and to the debtors DAVID R FLAHERTY & ALICIA M HOLMES, vehicle identification number 1D4GP45R05B281935 and shall deliver forthwith within 15 days of receipt of payment, documentation evidencing Release of Security Interest and original certificate of title to said vehicle, transferring legal ownership, fee and clear to:

722 Redemption, debtors post-petition lender.

###

APPROVED FOR ENTRY:


By:/s/ Terrell Monks
   TERRELL MONKS, OBA #17454
   Attorney for Debtors


Terrell Monks, OBA #17454
Attorney for the Debtors
1 N. Hudson, Ste. 700
Oklahoma City, OK 73102
405-733-8686 (Telephone)
405-231-5601 (Facsimile)